IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GERARDO MELENDEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-289 |
| WARDEN, FCC BEAUMONT LOW | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner Gerardo Melendez, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled Petition for Writ of Habeas Corpus. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Procedural Background

Petitioner's Motion for Leave to Proceed *in Forma Pauperis* (doc. #2) reflects that $852 has been deposited into his inmate trust account during the immediately preceding six month period. In light of the amount of funds Petitioner has received during the six month period, his Motion for Leave to Proceed *in Forma Pauperis* should be denied and he should be ordered to pay the $5 filing fee.

### Recommendation

Petitioner's Motion for Leave to Proceed *in Forma Pauperis* should be denied and he should be ordered to pay the $5 filing fee.

### Objections

Objections to this Report and Recommendation must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

**SIGNED this the 6th day of October, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE