**UNITED STATES DISTRICT COURT**           **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GERARDO MELENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:22-CV-289 |
| | § | |
| WARDEN, FCC BEAUMONT LOW, | § | |
| | § | |
| Respondent. | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Gerardo Melendez, an inmate confined at the Federal Correctional Complex at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration in accordance with 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that petitioner's application to proceed *in forma pauperis* be denied and petitioner directed to pay the $5 filing fee.

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the magistrate judge's report (#3) is **ADOPTED**. Petitioner's application to proceed *in forma*

*pauperis* (#2) is **DENIED**.  Petitioner shall have 30 days from the date set forth below to pay the

$5 filing fee.


**Signed  this date**

**Nov 8, 2022**

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE